# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JHOANNE DAVOCOL**                                                  **PLAINTIFF**

v.                                               Civil No.: 1:14cv76-HSO-RHW

**ROYAL HOSPITALITY SERVICES, LLC**                  **DEFENDANT**

## DEFAULT JUDGMENT

In accordance with the Order entered herewith granting Plaintiff's Motion for Default Judgment [316],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered in favor of Plaintiff Jhoanne Davocol against Defendant Royal Hospitality Services, LLC, pursuant to Federal Rule of Civil Procedure 55(b)(2).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff Jhoanne Davocol shall recover from Defendant Royal Hospitality Services, LLC, judgment in the amount of $73,839.43, plus costs and post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Default Judgment until paid in full.

**SO ORDERED AND ADJUDGED,** this the 19th day of April, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE